**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

April 30, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE:   Krishna Jagroo
      Chapter 13
      Case Number: 1-19-40123-NHL
      SD&B File Number: 19-085010

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of JPMorgan Chase Bank, N.A. ("Chase"), a secured creditor of the above-referenced Debtor.

On February 2, 2020, an Order was entered for our client to participate in loss mitigation with the Debtor. On February 11, 2020, our office filed and served the Creditor Loss Mitigation Affidavit with Chase's Request for Mortgage Assistance Application upon all parties. Our office has not received the concerned Application, to date.

Following the entry of this Court's Order, Debtor brought an Objection to Chase's Claim, currently scheduled before this Court on August 12, 2020. Respectfully, litigation undercuts the open communication that is required by this Court's Loss Mitigation Program and, thus, creates an impasse to any loss mitigation resolutions.

Accordingly, Chase will be requesting that the Loss Mitigation Period be terminated at the next Loss Mitigation Status Conference, currently scheduled before this Court on May 6, 2020.

If this Court has any questions, please feel free to contact me. Thank you.

Very truly yours,
*/s/Barbara Dunleavy*
Barbara Dunleavy, Esq

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak