| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>**2020052000730001001E7084** |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 5

**Document ID:** 2020052000730001    **Document Date:** 05-19-2020    **Preparation Date:** 05-20-2020
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| ADAR LAND & TREE ABSTRACT INC<br>34 FRANKLIN AVENUE<br>SUITE 223<br>BROOKLYN, NY 11205<br>718-442-7715<br>INFO@ADARLAND.COM | ADAR LAND & TREE ABSTRACT INC<br>34 FRANKLIN AVENUE<br>SUITE 223<br>BROOKLYN, NY 11205<br>718-442-7715<br>INFO@ADARLAND.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12025 | 81 | Entire Lot | 119-52 INWOOD STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____Year____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| KRISHNA JAGROO<br>11952 INWOOD ST<br>JAMAICA, NY 11436-1530 | KRISHNA JAGROO<br>11952 INWOOD ST<br>JAMAICA, NY 11436-1530 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     05-20-2020 16:17
City Register File No.(CRFN):
**2020000152640**

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2020052000730001001C7204 |
|---|---|
| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | **PAGE 2 OF 5** |

**Document ID:** 2020052000730001  Document Date: 05-19-2020  Preparation Date: 05-20-2020
Document Type: DEED

**PARTIES**

**GRANTOR/SELLER:**
INDRANI JAGROO
11952 INWOOD ST
JAMAICA, NY 11436-1530

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 19th day of May, in the year 2020

**BETWEEN**

Krishna Jagroo, residing at 119-52 Inwood Street, Jamaica, New York 11436,
and
Indrani Jagroo, his wife, residing at 119-52 Inwood Street, Jamaica, New York 11436,

party of the first part, and

Krishna Jagroo, residing at 119-52 Inwood Street, Jamaica, New York 11436

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of

Ten ($10.00) dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Schedule "A" attached annexed hereto

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____        _____
                                         Krishna Jagroo

_____        _____
                                         Indrani Jagroo

*STEWART TITLE INSURANCE COMPANY*

**SCHEDULE A**
**DESCRIPTION OF PREMISES**

Title No.: GOL-09-1030-Q

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Queens, County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Inwood Street, distant 59.10 feet northerly from the corner formed by the intersection of the northerly side of 120th Avenue and the westerly side of Inwood Street;

RUNNING THENCE westerly at right angles to Inwood Street and part of the distance through a party wall, 100 feet;

THENCE northerly parallel with Inwood Street, 20 feet;

THENCE easterly again at right angles to the westerly side of Inwood Street and part of the distance through a party wall, 100 feet;

THENCE southerly along the westerly side of Inwood Street, 20 feet to the point or place of BEGINNING.

**DESCRIPTION**

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Kings, ss: | State of New York, County of Kings, ss: |
| On the 19th day of May in the year 2020, before me, the undersigned, personally appeared Krishna Jagroo, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the 19th day of May in the year 2020, before me, the undersigned, personally appeared Indrani Jagroo, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| NOTARY PUBLIC | NOTARY PUBLIC |
| JOSEPH Y. BALISOK<br>Notary Public, State of New York<br>Reg. No. 02BA6225166<br>Qualified in Kings County<br>Commission Expires July 19, 2022 | JOSEPH Y. BALISOK<br>Notary Public, State of New York<br>Reg. No. 02BA6225166<br>Qualified in Kings County<br>Commission Expires July 19, 2022 |

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of      , ss: | State of      , County of      , ss: |
| On the     day of     in the year     , before me, the undersigned, a Notary Public in and for said State, personally appeared     , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in     (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)     to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said     execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the    day of    in the year    , before me, the undersigned personally appeared    personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the    (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |
| NOTARY PUBLIC | NOTARY PUBLIC |

## Bargain & Sale Deed
## With Covenants

Krishna Jagroo & Indrani Jagroo

TO

Krishna Jagroo

**Title No.**

```
DISTRIBUTED BY
    /\/\/\
  JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396
```

COUNTY: Queens

TOWN/CITY: Jamaica

PROPERTY ADDRESS: 119-52 Inwood Street, Jamaica, NY 11436

SECTION:

BLOCK: 12025

LOT: 81

**RETURN BY MAIL TO:**
Balisok & Kaufman, PLLC
251 Troy Avenue
Brookyln, NY 11213

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2020052000730001001SBE05 |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2020052000730001    Document Date: 05-19-2020    Preparation Date: 05-20-2020
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2020051900069

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service:  BOROUGH: QUEENS        BLOCK: 12025        LOT: 81

(2) Property Address: 119-52 INWOOD STREET, QUEENS, NY 11436

(3) Owner's Name:    JAGROO , KRISHNA

Additional Name:

## Affirmation:

[✓] Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:
Signature: *Krishna Jagroo*                              Date (mm/dd/yyyy): 5/19/20
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2020051900069101

# REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded (Month / Day / Year)
- C3. Book
- C4. Page
- C5. CRFN

### PROPERTY INFORMATION

1. **Property Location**: 119-52 INWOOD STREET, QUEENS, 11436
2. **Buyer Name**: JAGROO, KRISHNA
3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. **Deed Property Size**: FRONT FEET x DEPTH OR ACRES
   - 6. Ownership Type is Condominium
   - 7. New Construction on Vacant Land
8. **Seller Name**: JAGROO, KRISHNA; JAGROO, INDRANI

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ✓ One Family Residential
   - B  2 or 3 Family Residential
   - C  Residential Vacant Land
   - D  Non-Residential Vacant Land
   - E  Commercial
   - F  Apartment
   - G  Entertainment / Amusement
   - H  Community Service
   - I  Industrial
   - J  Public Service

### SALE INFORMATION

10. **Sale Contract Date**: 5 / 19 / 2020
11. **Date of Sale / Transfer**: 5 / 16 / 2020
12. **Full Sale Price**: $0
13. **Indicate the value of personal property included in the sale**:

14. Check one or more of these conditions as applicable to transfer:
   - A ✓ Sale Between Relatives or Former Relatives
   - B  Sale Between Related Companies or Partners in Business
   - C  One of the Buyers is also a Seller
   - D  Buyer or Seller is Government Agency or Lending Institution
   - E  Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F  Sale of Fractional or Less than Fee Interest (Specify Below)
   - G  Significant Change in Property Between Taxable Status and Sale Dates
   - H  Sale of Business is Included in Sale Price
   - I  Other Unusual Factors Affecting Sale Price (Specify Below)
   - J  None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: A 5
16. **Total Assessed Value (of all parcels in transfer)**: 19380
17. **Borough, Block and Lot / Roll Identifier(s)**: QUEENS 12025 81

202005190006920101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER**: *Krishna Jagroo*  **DATE**: 5/19/2020

**BUYER'S ATTORNEY** — LAST NAME: _____  FIRST NAME: _____

STREET NUMBER: 11952  STREET NAME (AFTER SALE): INWOOD ST

AREA CODE: _____  TELEPHONE NUMBER: _____

CITY OR TOWN: JAMAICA  STATE: NY  ZIP CODE: 11436-1530

**SELLER SIGNATURE**: *Krishna Jagroo*  **DATE**: 5/19/2020

2020051900069201

Form RP-5217 NYC                                                                    ATTACHMENT

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**

**SELLERS**

| Buyer Signature | Date | Seller Signature | Date |
|---|---|---|---|
| | | _Kristina Gjagjeo_ (signature) | 5/19/2020 |
| | | _Fogro_ (signature) | 5/19/2020 |

[Remaining signature/date lines blank]

2020051900069201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of Kings   }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__119-52 INWOOD STREET__
Street Address Unit/Apt.

__QUEENS__ New York, __12025__ __81__ (the "Premises");
Borough                          Block        Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Krishna Jagroo
Name of Grantor (Type or Print)

Krishna Jagroo
Signature of Grantor

Krishna Jagroo
Name of Grantee (Type or Print)

Krishna Jagroo
Signature of Grantee

Sworn to before me
this __19th__ day of __MAY__ 20 __20__

JOSEPH Y. BALISOK
Notary Public, State of New York
Reg. No. 02BA6225166
Qualified in Kings County
Commission Expires July 19, 2022

Sworn to before me
this __19th__ day of __MAY__ 20 __20__

JOSEPH Y. BALISOK
Notary Public, State of New York
Reg. No. 02BA6225166
Qualified in Kings County
Commission Expires July 19, 2022

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2020051900069101