**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

    KRISHNA JAGROO                         Chapter 13

                                  Debtor.         Case No. 19-40123-nhl
-----------------------------------------------------------X

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 8

TO:    THE HONORABLE NANCY H. LORD
         UNITED STATES BANKRUPTCY COURT

        Debtor, Krishna Jagroo, through his attorney Joseph Y. Balisok, Esq. of Balisok & Kaufman, PLLC, an attorney duly admitted to practice law before this Court, submits this withdrawal of his Objection to Proof of Claim Number 8 filed by JPMorgan Chase Bank, National Association ("Creditor").

Dated:  Brooklyn, New York         /s/ *Joseph Y Balisok*
         May 21, 2020                Joseph Y. Balisok, Esq.
                                                 Balisok & Kaufman PLLC
                                                 251 Troy Avenue
                                                 Brooklyn, NY 11213
                                                 Tel: (718) 928-9607
                                                 Fax: (718) 534-9747
                                                 joseph@lawbalisok.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

    KRISHNA JAGROO                      Chapter 13

                              Debtor.          Case No. 19-40123-nhl
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                               )     ss: Brooklyn
COUNTY OF KINGS       )

    I, Joseph Y. Balisok, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on Thursday, May 21, 2020, I caused to be served a copy of the **WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 8** by regular mail upon each of the parties listed on the service list below by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the borough of Brooklyn in the City and State of New York.

Dated:      Brooklyn, New York      Respectfully submitted,
              May 21, 2020

                                            By: /s/ *Joseph Y. Balisok*
                                            Joseph Y. Balisok
                                            Balisok & Kaufman PLLC
                                            Attorneys for Debtor
                                            251 Troy Avenue
                                            Brooklyn, NY 11233
                                            Tel. No. (718) 928-9607
                                            Fax No. (718) 534-9747
                                            Email: joseph@lawbalisok.com

## Service List

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Chapter 13 Trustee
Marianne Derosa, Esq.
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753

Robert W. Griswold, Esq.
Shapiro, Dicaro & Barak
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747